SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | 2:25-CV-310-APG-DJA |
|---|---|
| Plaintiff, | **Order for Summons and Warrant of Arrest in Rem for the Property and Notice** |
| v. | |
| $755,831 in United States Currency, | |
| Defendant. | |

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America under the Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the Clerk shall issue a Summons and Warrant of Arrest in Rem for the Property, under Fed. R. Civ. P. Supp. Rule G(3)(b).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Summons and Warrant of Arrest in Rem for the Property issue against the $755,831 in United States Currency (property);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States seize, arrest, attach, take into custody, and retain the property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that notice of the action and the arrest be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days under Fed. R. Civ. P.

Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States shall file proof of publication and service with the Clerk of this Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a person or an entity who asserts an interest in the defendant property must, under Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury under 28 U.S.C. § 1746;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on

Misty L. Dante, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED _____February 20_____, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:25-CV-310-APG-DJA |
| Plaintiff, | **Summons and Warrant of Arrest in Rem for the Property** |
| v. | |
| $755,831 in United States Currency, | |
| Defendant. | |

TO:   CUSTODIAL LAW ENFORCEMENT AGENCY

On February 14, 2025, the United States of America filed a Complaint for Forfeiture in Rem against the $755,831 in United States Currency for the reasons stated in the Complaint;

YOU ARE, THEREFORE, COMMANDED to seize, to arrest, to attach, to take into custody, and to retain the $755,831 in United States Currency; to serve the Complaint for Forfeiture in Rem, the Order for Summons and Warrant of Arrest in Rem for the Property and Notice, the Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest, by personal service or by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period; and to make a return of this Summons and Warrant of Arrest in Rem for the Property.

A person or an entity who asserts an interest in the defendant property must, under the Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(5), (1) file a verified claim that (a) identifies the specific property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury under 28 U.S.C. § 1746; (2) file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov; (3) file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim; and (4) serve a copy of the verified claim and the answer at the time of each filing on Misty L. Dante, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

If a potential claimant fails to do so, a judgment of forfeiture by default will be entered against that potential claimant for the relief demanded in the Complaint for Forfeiture in Rem.

All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action under 28 C.F.R. Part 9.

Date: <u>February 20</u>, 2025.

        DEBRA KEMPI, CLERK
        United States District Court

By: *M. Johansen*
    DEPUTY CLERK