SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$755,831 in United States Currency,<br><br>Defendant,<br><br>Oliver Jair Martinez-Mendez<br><br>Claimant. | 2:25-CV-310-APG-DJA<br><br>**Government's Motion to Extend the Time to Clarify the facts of Oliver Jair Martinez-Mendez's Motion to Set Aside Clerk's Default and to Dismiss the Forfeiture Complaint, ECF No. 23, to Delay Motion for Entry of Default Judgment of Forfeiture, ECF No. 16, and Order.**<br><br>**(Second Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to respond to, and to clarify the facts and statements of, Oliver Jair Martinez-Mendez's Motion to Set Aside Clerk's Default and to Dismiss the Forfeiture Complaint (Motion), ECF No. 23, to and including November 11, 2025.[1] The current response deadline is August 11, 2025, and was continued from June 10, 2025. This is the second request.

The government believes the clarification will cause Mendez to withdraw his Motion. The government also agrees, per Mendez's request, this Court delay entering the

[1] LR IA 6-1(a) and (c).

Motion for Entry of Default Judgment of Forfeiture, ECF No. 16, until after the resolution of Mendez's motion.

The grounds for extending the time are as follows.

The government has been in process obtaining permission from the Court to provide sealed documents on two related sealed cases. The one Court granted permission on one of the related sealed cases, but the government waits on the Court for the other case. It is not within the government's control to obtain the Court's permission to provide the documents.

Because the parties have previously agreed, the government has proposed Stipulations for Protective Orders. The government believes the Stipulations are necessary to protect the disclosure of sensitive, law-enforcement information in connection with any investigations. The Stipulations are currently in review and in discussion with Mendez's counsel, Richard Wynn and Ismail Amin. Mendez's counsel and the government dispute one issue.

As soon as the government receives permission on the other related case and the parties have agreed on the Stipulations for the Protective Orders, it will provide the documents to Mendez's counsel. The government hopes this time extension will also provide Mendez sufficient time to review the documents and to withdraw his Motion.

On July 31, 2025, undersigned requested an extension of time from Mendez's counsel but has not received a response as of the filing of this Extension Motion. The extension of time benefits both parties and this Court.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Court should grant an extension of time to, and including, November 11, 2025, for (1) the government to respond to the Motion to Set Aside Clerk's Default and to Dismiss the Forfeiture Compliant, if Mendez does not withdraw his Motion, and (2) for Mendez to respond to the Motion for Entry of Default Judgment of Forfeiture.

Dated: August 4, 2025.

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated:____________

____________________________
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE