1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  Fax: (702) 388-6787
   Daniel.Hollingsworth@usdoj.gov
7  *Attorneys for the United States*

8
9
10

11              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
12

| 13 | United States of America, | 2:25-CV-310-APG-DJA |
|---|---|---|
| 14 | Plaintiff, | **ORDER GRANTING** |
| 15 | v. | **Government's Motion to Extend the Time to Clarify the facts of Oliver Jair Martinez-Mendez's Motion to Set Aside Clerk's Default and to Dismiss the Forfeiture Complaint, ECF No. 23, to Delay Motion for Entry of Default Judgment of Forfeiture, ECF No. 16, and Order.** |
| 16 | $755,831 in United States Currency, | |
| 17 | Defendant, | |
| 18 | Oliver Jair Martinez-Mendez | |
| 19 | Claimant. | **(Third Request)** |

20     The United States of America respectfully moves this Court for an Order extending
21 the time for the government to respond to, and to clarify the facts and statements of, Oliver
22 Jair Martinez-Mendez's Motion to Set Aside Clerk's Default and to Dismiss the Forfeiture
23 Complaint (Motion), ECF No. 23, to and including February 9, 2026.[1] The current response
24 deadline is November 11, 2025, and was continued from June 10, 2025, and August 11,
25 2025. This is the third request.
26     The government believes the clarification will cause Mendez to withdraw his
27 Motion. The government also agrees, per Mendez's request, this Court delay entering the
28 

---

[1] LR IA 6-1(a) and (c).

Motion for Entry of Default Judgment of Forfeiture, ECF No. 16, until after the resolution of Mendez's motion. The government also reserves the right to file special interrogatories for Martinez to show his "identity and relationship to the defendant property"[2] and subsequent discovery.

The grounds for extending the time are as follows.

The government has been in process obtaining permission from the Court to provide sealed documents on two related sealed cases. The one Court granted permission on one of the related sealed cases, but the government waits on the Court for the other case. It is not within the government's control to obtain the Court's permission to provide the documents.

Because the parties previously agreed, the government proposed Stipulations for Protective Orders. The government believes the Stipulations are necessary to protect the disclosure of sensitive, law-enforcement information in connection with any investigations. Mendez's counsel, Richard Wynn and Ismail Amin, have refused to sign the Stipulations.

The government still hopes to obtain a protective order for the sealed cases. As soon as the government receives permission on the other related case, it will provide the documents to Mendez's counsel. The government hopes this time extension will also provide Mendez sufficient time to review the documents and to withdraw his Motion.

Preveioulsy, Martinz's counsel communicated with undersigned that if he needed additional time to request it. On November 5, 2025, undersigned requested an extension of time from Mendez's counsel but did not received a response. This extension of time benefits both parties and this Court.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

/ / /

/ / /

/ / /

---

[2] Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions advisory committee's note (subdivision (6)); *United States v. $133,420.00 in U.S. Currency*, 672 F.3d 629, 635 (9th Cir. 2012) (citing advisory committee's note).

This Court should grant an extension of time to, and including, February 9, 2026, for (1) the government to respond to the Motion to Set Aside Clerk's Default and to Dismiss the Forfeiture Compliant, if Mendez does not withdraw his Motion, (2) for Mendez to respond to the Motion for Entry of Default Judgment of Forfeiture, and (3) the government to pursue special interrogatories.

Dated: November 5, 2025.

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated: November 6, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE