TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:25-CV-310-APG-DJA |
| Plaintiff, | ORDER GRANTING |
| v. | **Government's Unopposed Motion to Extend its Response to Order, ECF No. 35** |
| $755,831 in United States Currency, | |
| Defendant. | **(First Request)** |

The United States of America requests an extension of time to respond to this Court's Order, ECF No. 35, regarding the Motions for Default Judgment of Forfeiture, ECF Nos. 13 and 16, to and including, March 30, 2026.[1] The current response is due February 27, 2025. This is the first request.

The government requests an extension of the time because the government and Claimant Oliver Jair Martinez-Mendez are currently in settlement negotiations. The outcome of those negotiations affects whether the government will pursue the Motions for Default Judgment of Forfeiture as to all parties.

On February 27, 2026, Claimant's counsel agreed to this extension of time to complete the settlement negotiations.

---

[1] LR IA 6-1(a) and (c).

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, March 30, 2026, for the government to respond to this Court's Order.

Dated: February 27, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated: March 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE

2