TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$755,831 in United States Currency,<br><br>Defendant,<br><br>Thuy Le and Claimant Doe,<br><br>Claimants. | 2:25-CV-310-APG-DJA<br><br>**Government's Motion to Extend its Response to the Joinder to Answer by Claimants Thuy Le and Claimant Doe, ECF No. 37**<br><br>**(First Request)** |

The United States of America requests an extension of time to respond to Claimant Thuy Le's and Claimant Doe's untimely Joinder filed on February 27, 2026, ECF No. 37, to and including, April 13, 2026. The current response is due March 13, 2026. This is the first request.[1]

The grounds for extending the time are as follows.

The government continues to experience severe understaffing issues. The undersigned has limited time to work (approximately half the time), can only work on one case at a time, and is closely monitored due to medical reasons. This week undersigned underwent a medical procedure and met with a medical specialist. Since the last two weeks of February through April, undersigned met, and will meet, with medical specialists to

[1] LR IA 6-1(a) and (c).

determine whether the medical issues can be resolved. The undersigned recently learned he did not qualify for medical surgery that may have solved some of the medical problems.

Despite his limitations to respond to cases, undersigned continues to work as efficiently as possible within his medical restrictions.

Undersigned has pursued each individual case according to numerous deadlines and has diligently worked on the Stipulation for Entry of Judgment of Forfeiture as to Claimant Oliver Jair Martinez-Mendez, ECF No. 39, that was filed March 6, 2026. The Court entered the Judgment of Forfeiture as to Claimant Oliver Jair Martinez-Mendez, ECF No 40, on March 9, 2026. Undersigned hopes to Respond to the Joinder and to this Court's Order on the Government's Motions for Default Judgment, ECF No 35, by March 30, 2026. Undersigned is unsure if he can respond as desired, so he is requesting until April 13, 2026.

On March 11, 2026, undersigned emailed both attorneys for Claimant Thuy Le and Claimant Doe. Undersigned has not heard from them. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, April 13, 2026, for the government to respond to the untimely Joinder filed by Claimants Thuy Le and Doe, ECF No. 37.

Dated: March 11, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States
*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH

IT IS SO ORDERED:

Dated:____________

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE