**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cv-00310-APG-DJA |
| Plaintiff | **Order** |
| v. | [ECF Nos. 13, 16, 41] |
| $755,831 IN UNITED STATES CURRENCY, | |
| Defendant | |

Plaintiff United States of America obtained entries of default against $755,831 in seized currency, Brittany Sabrina Enriquez, Oliver Jair Martinez-Mendez, Thuy Le, and all other persons or entities who may claim an interest in the seized funds. ECF Nos. 11; 15.   The United States thereafter filed two motions for default judgment. ECF Nos. 13; 16.  The first motion seeks a default judgment against the $755,831 in seized currency, Brittany Sabrina Enriquez, Oliver Jair Martinez-Mendez, and Thuy Le. ECF No. 13.  The second motion seeks a default judgment against any other person who might claim an interest in the funds. ECF No. 16.

Defendant Oliver Martinez-Mendez thereafter filed a notice of claim and moved to set aside the default. ECF Nos. 22; 23.  Martinez-Mendez later withdrew his motion to set aside the default and filed an answer. ECF Nos. 33; 34.  Martinez-Mendez and the United States subsequently engaged in settlement negotiations. ECF No. 36 at 1.  Around this same time, Thuy Le and "Claimant Doe" filed a joinder in Martinez-Mendez's answer. ECF No. 37.

Recently, the United States and Martinez-Mendez stipulated for entry of judgment under which Martinez-Mendez forfeited his interest in the funds, with the United States returning $151,166.20 to Martinez-Mendez, and each side to bear its own costs. ECF No. 40 at 2-3.

The United States then moved for an extension of time to respond to Thuy Le and Claimant Doe's answer. ECF No. 41. I grant that motion.

I deny as moot the United States' motions for default judgment as to Martinez-Mendez because the parties settled his claim. I deny the motions without prejudice as to Thuy Le and Claimant Doe. This is not a finding that Thuy Le and Claimant Doe's answer is timely. But it may be that these parties can work out their dispute as well, and I have extended the time for the Government to respond to their answer.

I grant the United States' motions for default judgment as to the $755,831 in seized currency, Brittany Sabrina Enriquez, and all other persons or entities who may claim an interest in the seized funds (except Martinez-Mendez, Thuy Le, and Claimant Doe) because no other responses have been filed. However, I will not enter judgment until all claims have been resolved, at which time the United States can prepare and file a proposed form of final judgment.

I THEREFORE ORDER that plaintiff United States of America's motion to extend time **(ECF No. 41) is GRANTED**. The United States' response to Thuy Le and Claimant Doe's answer is due April 13, 2026.

I FURTHER ORDER that plaintiff United States of America's motion for default judgment **(ECF No. 13) is GRANTED in part**. The motion is granted as the $755,831 in currency and Brittany Sabrina Enriquez. The motion is denied as moot as to Oliver Jair Martinez-Mendez. The motion is denied without prejudice as to Thuy Le.

I FURTHER ORDER that plaintiff United States of America's motion for default judgment **(ECF No. 16) is GRANTED in part**. The motion is granted as to all persons or entities who may claim an interest in the seized funds except Martinez-Mendez, Thuy Le, and Claimant Doe.

2

I FURTHER ORDER that I will not enter judgment at this time because not all claims to the funds have been resolved.

DATED this 18th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3