TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:25-CV-310-APG-DJA |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Government's Motion to Extend its Response to the Joinder to Answer by Claimants Thuy Le and Claimant Doe, ECF No. 37** |
| $755,831 in United States Currency, | |
| Defendant, | **(Second Request)** |
| Thuy Le and Claimant Doe, | |
| Alleged Claimants. | |

The United States of America requests an extension of time to respond to alleged Claimant Thuy Le's and alleged Claimant Doe's untimely Joinder filed on February 27, 2026, ECF No. 37, to and including, June 12, 2026. The current response is due April 13, 2026, and was continued from March 13, 2026. This is the second request.[1]

The grounds for extending the time are as follows.

The government continues to experience severe understaffing issues. The undersigned has limited time to work (approximately half the time), can only work on one case at a time, and is closely monitored due to medical reasons. The undersigned recently met with a medical specialist and underwent a medical test which lasted for four days that had taken up much of his time. He has upcoming medical appointments and another

---

[1] LR IA 6-1(a) and (c).

medical test. Additionally, the procedures, testing, and appointments have been a physical drain which further reduces the amount of time the undersigned is able to work.

Despite his medical limitations, undersigned continues to work as efficiently as possible within his medical restrictions.

For the past few weeks, undersigned has pursued other cases according to numerous deadlines and has diligently worked on ECF No. 125 on *USA v. Housley*, 2:22-CR-160-APG-BNW, due on March 27, 2026, that was moved to an April 3, 2026, deadline that was met; *USA v. Magzanyan*, 2:20-CR-254-CDS-EJY; *USA v. Topolewski*, 2:24-CR-150-GMN-NJK; *USA v. Sarfo et al*, 2:23-CR-132-APG-EJY; and other cases and matters that required the undersigned's attention.

On April 6, 2026, undersigned spoke to V.J. Jetley, counsel for alleged Claimants Thuy Le and Doe, and Mr. Jetley will speak with local counsel, Patrick Driscoll. Mr. Jetley does not oppose the extension, awaits his clients' approval, but he could not obtain it before the end of today. The parties are negotiating a potential settlement with Mr. Jetley, who is trying to achieve an optimal outcome for everyone.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, June 12, 2026, for the government to respond to the Joinder filed by alleged Claimants Thuy Le and Doe, ECF No. 37, and to file a Motion to Dismiss or to settle their alleged claims.

Dated: April 6, 2026.

Respectfully submitted,
TODD BLANCHE
Acting Attorney General of the United States
*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH

IT IS SO ORDERED:

Dated:___April 7, 2026_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2