TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$755,831 in United States Currency,<br><br>Defendant,<br><br>Thuy Le and Claimant Doe,<br><br>Alleged Claimants. | 2:25-CV-310-APG-DJA<br><br>**Government's Motion to Extend its Response to the Joinder to Answer by Claimants Thuy Le and Claimant Doe, ECF No. 37**<br><br>**(Third Request)** |

The United States of America requests an extension of time to respond to alleged Claimant Thuy Le's and alleged Claimant Doe's untimely Joinder filed on February 27, 2026, ECF No. 37, to and including, September 10, 2026. The current response is due June 12, 2026, and was continued from April 13, 2026, and March 13, 2026. This is the third request.[1]

The grounds for extending the time are as follows.

The government continues to experience severe understaffing issues. The undersigned has limited time to work (approximately half the time), can only work on one

[1] LR IA 6-1(a) and (c).

case at a time, and is closely monitored due to medical reasons. The undersigned continues to see medical specialists, continues with medical appointments, and undergo other medical tests and procedures which hamper the amount of time the undersigned is able to work.

Despite his medical limitations, undersigned continues to work as efficiently as possible within his medical restrictions.

For the past few weeks, undersigned has worked on a global resolution regarding *USA v. Sarfo et al*, 2:23-CR-132-APG-EJY, and a Stipulation for Entry of Judgment of Forfeiture in *USA v. All Securities in TD Ameritrade account 426-845882 in the name of Kofi Sarfo and Rose Sarfo,* 2:23-CV-1193-GMN-DJA, filed on 5/19/26, ECF No. 23. Also, undersigned is reviewing thousands of pages of discovery, drafting forfeiture motions, trial briefs, witnesses, witness list, and preparing for the forfeiture phase of the criminal case in chief bench trial on *USA v. Magzanyan*, 2:20-CR-254-CDS-EJY, set to start on August 24, 2026.[2] Undersigned works on other cases according to numerous deadlines and matters that require his attention.

The government and Claimant Martinez-Mendez have a Settlement Agreement, ECF No. 40, and continue to negotiate a potential settlement with alleged Claimant Thuy Le and Claimant Doe. After a couple attempts to correspond with counsel, on June 2, 2026, local counsel, Patrick Driscoll, communicated that he will follow up regarding settlement talks or negotiations with his co-counsel, VJ Jetley, and then with counsel for Claimant Martinez-Mendez. Mr. Driscoll stated he was out of the office for a month due to a medical emergency and is now able to address the forfeiture issues or settlement in this case.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

/ / /

/ / /

[2] The United States Attorney's Office's management plans to meet with undersigned to re-evaluate his work situation.

This Court should grant an extension of time to, and including, September 10, 2026, for the government to respond to the Joinder filed by alleged Claimants Thuy Le and Doe, ECF No. 37, or file a Motion to Dismiss or to settle their alleged claims.

Dated: June 4, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated:__________________

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE