TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5090
Mark.McDonald2@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$755,831 in United States Currency,<br><br>Defendant. | 2:25-CV-310-APG-DJA<br><br>**Motion to Substitute Mark J. McDonald and Withdraw Daniel D. Hollingsworth** |

Under LR IA 11-6(b), the United States moves this Court to substitute Assistant United States Attorney, Mark J. McDonald, as attorney for the United States in place of Assistant United States Attorney, Daniel D. Hollingsworth.

The United States seeks to withdraw Daniel D. Hollingsworth as attorney and to terminate the CM/ECF notification because this case is reassigned. Under LR IA 11-6(e), this Motion will not delay discovery, any proceeding, or any hearing, and good cause is shown due to case reassignment in the U.S. Attorney's Office.

Dated: July 15, 2026

Respectfully submitted,
TODD BLANCHE
Acting Attorney General of the United States

*/s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant United States Attorney

IT IS SO ORDERED:

Dated: ____________________

______________________________
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE