**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

$755,831 IN UNITED STATES CURRENCY,

Defendant

Case No.: 2:25-cv-00310-APG-DJA

**Order Granting Motion to Extend Time**

[ECF No. 51]

I ORDER that claimants Thuy Le and Doe's motion to extend time **(ECF No. 51) is GRANTED**. Their response to the United States' motion to strike (ECF No. 49) is due October 23, 2026.

DATED this 21st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE