**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America,

Plaintiff,

v.

$755,831.00 in U.S. Currency,

Defendant.

Case No. 2:25-cv-00310-APG-DJA

**ORDER**

Upon consideration of the United States of America's Motion to Strike the Verified Claims and the Joinder to Answer Filed by Alleged Claimants Thuy Le and Doe,

**IT IS HEREBY ORDERED** that the United States of America's Motion is GRANTED, and the Verified Claims and Joinder to Answer filed by Thuy Le and Doe are stricken with prejudice. The clerk shall enter judgment in favor of the United States of America against Thuy Le and Doe.

Dated: November 3, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE